IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| DAVID THOMAS, | : | |
| Plaintiff, | : | Civil No. 06-1539 (RBK) |
| v. | : | **ORDER** |
| JOHN ROBERTSHAW, et al., | : | |
| Defendants. | : | |

THIS MATTER having come before the Court upon motion (Docket Entry No. 20) by defendants John Robertshaw ("Robertshaw"), Ray Hughes ("Hughes"), and Larry Denney ("Denney") (collectively "Defendants") to dismiss, or in the alternative, for summary judgment, on the claims of Plaintiff David Thomas; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendants' motion is **GRANTED IN PART** and **DENIED IN PART**; and

IT IS FURTHER **ORDERED** that Defendants' motion is **GRANTED** as to Defendants Robertshaw and Denney. All claims against these defendants are hereby **DISMISSED**; and

IT IS FURTHER **ORDERED** that Defendants' motion is **DENIED** as to Defendant Hughes.

Dated: May 22, 2007

   s/ Robert B. Kugler
   ROBERT B. KUGLER
   United States District Judge